by the petitioners with the other half ·being paid by the respondents. Each payment will be made within 15 days of the master's report.

Entered as the order of this court this 18th day of April, 1975. *Bruce M. Selya,* pro se, *Anthony G. Iannuccillo,* pro se, petitioners. *Melvin A. Chernick,* for respondents.

### April 24, 1975.

M. P. No. 75-85. PROVIDENCE JOURNAL COMPANY *v.* RHODE ISLAND COMMISSION FOR HUMAN RIGHTS. Petition for writ of certiorari granted. Joslin, J. not participating. *Edwards & Angell, Richard M. Borod, Bloom, Deutsch, Rosenwald, Weintraub and Witkin,* Boston, Mass., *Robert P. Weintraub, Richard A. Perras,* of counsel, for petitioner. *Julius C. Michaelson,* Attorney General, *Gregory L. Benik,* Special Asst. Attorney General, for respondent.

M. P. No. 75-86. GREAT LAKES DREDGE AND DOCK COMPANY *v.* JOHN H. NORBERG, *Tax Administrator.* Petition for writ of certiorari granted. Joslin, J. not participating. *Lee A. Worrell,* for petitioner. *Julius C. Michaelson,* Attorney General, *Gregory L. Benik,* Special Asst. Attorney General, *Perry Shatkin,* Chief Legal Officer (Taxation), for respondent.

·M. P. No. 75-91. PROVIDENCE JOURNAL COMPANY *v.* RHODE ISLAND ·COMMISSION FOR HUMAN RIGHTS. Petition of Jacqueline Mason, intervenor, for writ of certiorari is granted. Joslin, J. not participating. *Edwards & Angell, Joseph V. Cavanagh, Jr., Bloom, Deutsch, Rosenwald, Weintraub and Witkin,* Boston, Mass., *Robert P. Weintraub, Richard A. Perras,* of counsel, for petitioner. *Abedon, Stanzler, Biener, Skolnik & Lipsey, Milton Stanzler,* for Intervenor Jacqueline Mason.

M. P. No. 75-94. MANUEL J. FURTADO, INC. *d.b.a.* THE HELM *v.* DEEB G. SARKAS, *Liquor Control Administrator.* Petition for writ of certiorari granted. Joslin, J. not participating.